## STATE OF CONNECTICUT *v.* JAMES LATTANZIO
## (AC 22614)

Lavery, C. J., and Bishop and Dupont, Js.

Argued October 31—officially released November 19, 2002

Per Curiam. The judgment is affirmed.